# UNITED STATES DISTRICT COURT

## Western District of Missouri

**JUDGMENT IN A CIVIL CASE**

STEVE JACKSON, Register No. 191317

    *v.*

DWAYNE HEATHER, et al

Case Number:   04-4170-CV-C-NKL

\_    *Jury Verdict.* This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_X    *Decision by Court.*  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

–    *that plaintiff's claims against the John Doe defendants are dismissed, pursuant to Fed. R. Civ. P. 4(m).  It is further*

–    *Ordered that plaintiff's motion for summary judgment is denied, defendants' motion for summary judgment is granted and plaintiff's claims are dismissed.*

ENTERED ON:  January 31, 2006

PATRICIA L.  BRUNE

*January 31, 2006*

**Clerk**

*Date*

*/s L.  Bax_*

*(By) Deputy Clerk*